AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

Telix Pharmaceuticals Limited and Telix Pharmaceuticals (US) Inc.

*Plaintiff(s)*

v.

Clarity Pharmaceuticals Ltd. and Alan Taylor

*Defendant(s)*

Civil Action No. 2:26-cv-11412

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Clarity Pharmaceuticals Ltd.
4 Cornwallis Street
National Innovation Centre
Eveleigh 2015 NSW, Australia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nicholas C. Soltman
Kinsella Holley Iser Kump Steinsapir LLP
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025

Katherine M. Swift (*pro hac vice* pending)
Rebecca T. Horwitz (*pro hac vice* pending)
Katherine E. Rhoades (*pro hac vice* pending)
Jacqueline M. O'Brien-Mitchell (*pro hac vice* pending)
Bartlit Beck LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654

Taylor J.S. Kelson (*pro hac vice* pending)
Bartlit Beck LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc: